1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

RICKEY ALFORD,                     ) Case No. CV 18-06211-AB (AS)
                                   )
            Petitioner,            ) **ORDER OF DISMISSAL**
                                   )
                                   )
     v.                            )
                                   )
J. GASTELO, Warden CMC - East,)
                                   )
            Respondent.            )
_____)

**I.   BACKGROUND**

On June 12, 2018, Rickey Alford ("Petitioner"), a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition") in the United States District Court for the Northern District of California.  (Docket Entry No. 1).[1]  On

---

[1]   Petitioner apparently has filed more than fifty actions in this Court, many of which have been summarily dismissed.  See Rickey Louis Alford v. Octavio C. Luna, et al., Case No. CV 12-00267-MMM (AJW); Docket Entry No. 5 at 1 n.1.  This Court has

July 18, 2018, the action was transferred to the United States District Court for the Central District of California. (Docket Entry No. 8).

The Petition asserts the following grounds for federal habeas relief: (1) "Petitioner has demanded films with UCLA basketball team in 1974-75 winning a title"; (2) "Ku Klux Act of 1871, 42 USC sec. 1979 now 1981, attacks blacks over evidence, films"; and (3) "Petitioner[] produced, directed, wrote the movie 'Car Wash' and soundtrack 'Rose Royal'[.]" (Petition at 5).

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c).

The claims alleged in the Petition are incomprehensible, vague and conclusory. See Hendrix v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) ("Summary dismissal is appropriate only where the allegations in the petition are 'vague [or] conclusory" or palpably incredible . . . 'or patently frivolous or false.'")(citations omitted).

In addition, Petitioner has failed to allege any claim(s),

---

summarily dismissed two habeas actions in 2018. See Rickey Alford v. Jane Doe, Case No. CV 18-02097-AB (AS); Docket Entry No. 8 [Order of Dismissal dated April 18, 2018]); Rickey Alford v. Jane Doe, Case No. CV 18-00398-AB (AS); Docket Entry No. 3 [Order of Dismissal dated March 6, 2018].

much less any the claims which go to the fact or duration of his confinement.  See Preiser v. Rodriquez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

## II.  ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 2, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

_____
/ s /
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE