UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICKY ALFORD,<br><br>    Petitioner,<br><br>    v.<br><br>J. GASTELO, Warden, CMC EAST<br><br>    Respondent. | Case No. CV 18-06211-AB (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 2, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE